| STATE OF LOUISIANA | NO. 24-KA-26 |
|---|---|
| VERSUS | FIFTH CIRCUIT |
| DARTANYA O. SPOTTSVILLE AKA "LO" | COURT OF APPEAL |
| | STATE OF LOUISIANA |

_Linda Wiseman_ (signature)

---

January 02, 2025

---

Linda Wiseman

First Deputy Clerk

---

## ON APPLICATION FOR REHEARING

---

Panel composed of Susan M. Chehardy,
Fredericka Homberg Wicker, and Timothy S. Marcel

### REHEARING GRANTED

**FHW**
**SMC**
**TSM**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

_Wiseman_ (signature)

Linda Wiseman
First Deputy, Clerk of Court

**WICKER, J.**

On November 12, 2024, the State of Louisiana filed an Application for Rehearing from our decision rendered on October 30, 2024 (the "Original Opinion"), affirming the convictions of Dartanya O. Spottsville on all Counts, affirming Mr. Spottsville's sentences as to Counts 1, 2, and 4, and remanding Count 3 to the trial court for correction of the Minute Entry of Sentencing and the Uniform Commitment Order ("UCO") as to Count 3 to reflect that the sentence as to Count 3 was imposed without benefits of probation, parole or suspension of sentence. In our Original Opinion, we remanded the matter to the trial court with instructions to amend the Minute Entry of Sentencing and the UCO to reflect that the sentence on Count 3 was imposed without benefits of probation, parole or suspension of sentence. This Court was notified on November 13, 2024, that the Minute Entry of Sentencing and the UCO have been corrected by the trial court to reflect that Mr. Spottsville's sentence as to Count 3 was imposed without benefits of probation, parole or suspension of sentence and that the UCO has been transmitted to the appropriate authorities.

In its application for rehearing, the State asks us to clarify our opinion as to Count 3 to reflect that the sentence as to Count 3 was affirmed, to delete the statement on page one of our Original Opinion that the sentence as to Count 3 is "illegal," and to instruct the trial court to transmit the UCO to the institution to which the defendant has been sentenced and to the Department of Corrections. In our Original Opinion, we correctly recognized that when a trial court does not impose the required restriction of benefits of probation, parole or suspension of sentence, such conditions are deemed to exist by operation of law under La. R.S. 15:30.1. Accordingly, we recognize that the sentence as to Count 3 is not "illegal," as stated on page one of our Original Opinion and we grant the State's application for rehearing for the limited purposes of eliminating that statement on page one of our

Original Opinion and clarifying our ruling that the sentence as to Count 3 was affirmed. As the trial court has corrected the Minute Entry of Sentencing and the UCO to reflect that the sentence as to Count 3 was imposed without benefits of probation, parole or suspension of sentence and has sent the corrected UCO to the appropriate authorities, the State's request that the corrected UCO be sent to the institution in which the defendant is incarcerated and to the Department of Correction is moot.

Accordingly, the application for rehearing filed by the State is **GRANTED,** in part, for the purpose of eliminating the statement on page one of our Original Opinion that the sentence as to Count 3 is "illegal" and for the purpose of clarifying our Original Opinion as follows:

**<u>CONVICTIONS AND SENTENCES AFFIRMED
AS TO ALL COUNTS.</u>**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY <u>01/02/2025</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-KA-26**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Stephen C. Grefer (District Judge)
Gwendolyn K. Brown (Appellant)          Matthew R. Clauss (Appellee)          Thomas J. Butler (Appellee)

### MAILED
Honorable Paul D. Connick, Jr. (Appellee)
District Attorney
Twenty-Fourth Judicial District
200 Derbigny Street
Gretna, LA 70053